IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff

vs.

$32,000.00 IN UNITED STATES CURRENCY,

        Defendant.

Civil Action No. 05-CV-237 (NAM/GJD)



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG - 2 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

## ORDER OF FORFEITURE

**THIS COURT**, having before it the Stipulated Agreement of the parties to the above-referenced action, and the parties having agreed to its terms as indicated by their signatures thereto, it is hereby

**ORDERED**, that within sixty days from the date of filing of this Order of Forfeiture, the United States Marshals Service shall return to claimant Joseph Siracusa, via his attorney, John R. West, Esq., the sum of $9,600; and it is further

**ORDERED**, that all right, title, and interest to the following property be and the same hereby is forfeited to the United States of America, pursuant to Section 881(a)(6) and Title 18, United States Code, Section 983:

    A.    $22,400 in United States Currency; and it is further

**ORDERED**, that the United States Marshals Service is directed to dispose of the property forfeited to the United States listed as "A" above in accordance with law; and it is further

**ORDERED**, that the parties agree that neither the plaintiff nor the claimant shall be liable for an award of costs and/or attorneys fees against the other in this action and both parties hereby waive any right they have, had or may have had to seek costs and/or attorneys fees arising out of

this action; and it is further

**ORDERED**, claimant Joseph Siracusa has agreed to release and forever discharge and hold harmless the United States Department of Justice, Drug Enforcement Administration, United States Customs and Border Protection, United States Marshals Service, its officers, agents, servants and employees, their heirs successors or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims and/or demands whatsoever, in law or equity which Joseph Siracusa, his successors and/or assigns ever had, now have, or may have, whether known or unknown, in connection with the civil forfeiture proceedings against the defendant currency; and it is further

**ORDERED**, the terms and conditions hereby represent the whole and complete agreement between the parties, and no other terms, conditions, previous agreements or memoranda will be demanded, excepted, requested or performed by the parties; and it is further

**ORDERED**, that this Court shall retain jurisdiction in the cause for the purpose of enforcing the terms of this agreement; and it is further

**ORDERED**, that upon notification that all the terms of this Stipulation have been satisfied, the Clerk of the Court shall enter judgment in accordance with the terms of the Stipulation.

**SO ORDERED**:

Dated:   August 1, 2006
         Syracuse, New York

HON. NORMAN A. MORDUE
CHIEF UNITED STATES DISTRICT JUDGE